UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CR404-00170-003 |
| | ) | |
| JOHN WESLEY MOBLEY | ) | |

## ORDER

The Defendant, John Wesley Mobley, has submitted a letter to the Court requesting his community service be changed to a fine. The Defendant indicates he has to work the night shift at his employment which makes it difficult to perform his community service. In reviewing his presentence report, the Court notes the Defendant has never been gainfully employed for any significant period, which is consistent with his criminal history that includes his being arrested forty-four times, resulting in thirty-two convictions. Completion of 250 hours of community service over a period of 24 months requires the Defendant to complete 10 hours a month, or a mere 2.5 hours a week. This is not difficult, even if he has to work the night shift.

Given the Defendant's extensive criminal history, his poor employment record, and the nature of his crime of conviction, he owes society at least 250 hours of community service. Therefore, the Defendant's request to change his community service to a fine is **DENIED**.

**SO ORDERED**, this ___ day of July, 2006.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia